*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-1467**

IN RE: MITCHELL A. GREENBERG,
                                   Respondent.
**Bar Registration No.   436526**                    **BDN: 354-14**

BEFORE:   Beckwith, Associate Judge, and King and Reid, Senior Judges.

**ORDER**
(FILED - May 7, 2015)

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent from the practice of law in that jurisdiction for a period of 30 days, *see Attorney Grievance Com'n of Maryland v. Greenberg*, 101 A.3d 1061 (Md. 2014), this court's January 20, 2015, order directing respondent to show cause why the reciprocal discipline of a 30-day suspension should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent filed his affidavit as required by D.C. Bar R. XI, §14 (g) on February 2, 2015, it is

ORDERED that Mitchell A. Greenberg is hereby suspended for a period of 30 days, *nunc pro tunc* to February 2, 2015. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

PER CURIAM